# United States Bankruptcy Court
## District of Delaware

In re: YELLOW CORPORATION, et al., )
                      Debtor )
JEFF MOORE and ELIZABETH BROOK MOORE )
On behalf of themselves and all others similarly )    Case No.: 23-11069 (CTG)
situated, )
                    Plaintiffs, )    Chapter: 11
    v. )
        )
YELLOW CORPORATION; USF REDDAWAY )
INC.; 1105481 ONTARIO INC.; YELLOW )
FREIGHT CORPORATION; EXPRESS LANE )
SERVICE, INC.; YELLOW LOGISTICS, INC., )
NEW PENN MOTOR EXPRESS LLC; YRC )
ASSOCIATION SOLUTIONS, INC.; ROADWAY )
EXPRESS INTERNATIONAL, INC.; YRC )    Adv. Proc. No.: 23-50457 (CTG)
ENTERPRISE SERVICES, INC.; ROADWAY LLC;)
YRC FREIGHT CANADA COMPANY; )
ROADWAY NEXT DAY CORPORATION; YRC )
INC.; USF BESTWAY INC.; YRC )
INTERNATIONAL INVESTMENTS, INC.; USF )
DUGAN INC.; YRC LOGISTICS INC.; USF )
HOLLAND INTERNATIONAL SALES )
CORPORATION; YRC LOGISTICS SERVICES, )
INC.; USF HOLLAND LLC; YRC MORTGAGES, )
LLC; USF REDSTAR LLC AND YRC REGIONAL )
TRANSPORTATION, INC. , )
                    Defendants.

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk:
>     824 Market Street, 3rd Floor
>     Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
> James E. Huggett, Esq.    Mary E. Olsen, Esq.
> Margolis Edelstein    The Gardner Firm, P.C.
> 300 Delaware Ave., Ste. 800    182 St. Francis St., Ste. 103
> Wilmington, DE 19801    Mobile, AL 36602

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

> Address 824 Market Street    Room 7
> 3rd Floor
> Wilmington, DE 19801    Date and Time September 14, 2023 at
>                                     2:00 PM

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy Court for the District of Delaware**

Date: <u>August 10, 2023</u>

<u>/s/ Una O'Boyle</u>
*Clerk of the Bankruptcy Court*

