# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: YELLOW CORPORATION, et al.,<br>    Debtor<br>JEFF MOORE and ELIZABETH BROOK MOORE<br>On behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br> v.<br><br>YELLOW CORPORATION; USF REDDAWAY INC.; 1105481 ONTARIO INC.; YELLOW FREIGHT CORPORATION; EXPRESS LANE SERVICE, INC.; YELLOW LOGISTICS, INC., NEW PENN MOTOR EXPRESS LLC; YRC ASSOCIATION SOLUTIONS, INC.; ROADWAY EXPRESS INTERNATIONAL, INC.; YRC ENTERPRISE SERVICES, INC.; ROADWAY LLC; YRC FREIGHT CANADA COMPANY; ROADWAY NEXT DAY CORPORATION; YRC INC.; USF BESTWAY INC.; YRC INTERNATIONAL INVESTMENTS, INC.; USF DUGAN INC.; YRC LOGISTICS INC.; USF HOLLAND INTERNATIONAL SALES CORPORATION; YRC LOGISTICS SERVICES, INC.; USF HOLLAND LLC; YRC MORTGAGES, LLC; USF REDSTAR LLC AND YRC REGIONAL TRANSPORTATION, INC.,<br>    Defendants. | Case No.: 23-11069 (CTG)<br><br>Chapter: 11<br><br>Adv. Proc. No.: 23-50457 (CTG) |

## NOTICE OF SERVICE

I hereby certify that on 10th day of August, 2023, I served a true and correct copy of the foregoing *Class Action Adversary Proceeding Complaint and Summons* via United States first-class mail upon the following:

| | |
|---|---|
| **Attn: Officer, Managing or General Agent Authorized to Receive Service of Process**<br>Yellow Corporation<br>11500 Outlook St., Ste. 400<br>Overland Park, KS 66211 | Office of the United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |
| Laura Davis Jones, Esq.<br>Timothy P. Cairns, Esq.<br>Peter J. Keane, Esq. | Patrick J. Nash Jr., Esq.<br>David Seligman, Esq.<br>Whitney Fogelberg, Esq. |

| | |
|---|---|
| Edward Corma, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market St., 17th Floor<br>P. O. Box 8705<br>Wilmington, DE 19801 | Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654 |
| Allyson B. Smith, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 | |

By: /s/ _James E. Huggett __
MARGOLIS EDELSTEIN
James E. Huggett (#3956)
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
Phone 302-888-1112
Fax 302-888-1119

*Attorneys for Plaintiffs and the Proposed Class*