UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| YELLOW CORPORATION, *et al*[1]. | Case No. 23-11069 (CTG) |
|  | (Jointly Administered |
| Debtors. | Adversary Proceeding No. 23-50457 (CTG) |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯x |  |
| JEFF MOORE, ELIZABETH BROOKE MOORE and VIDAL TORRES on behalf of themselves and all others similarly situated, |  |
| Plaintiffs, |  |
| v. |  |
| YELLOW CORPORATION; USF REDDAWAY INC.; 1105481 ONTARIO INC.; YELLOW FREIGHT CORPORATION; EXPRESS LANE SERVICE, INC.; YELLOW LOGISTICS, INC.; NEW PENN MOTOR EXPRESS LLC; YRC ASSOCIATION SOLUTIONS, INC.; ROADWAY EXPRESS INTERNATIONAL, INC.; YRC ENTERPRISE SERVICES, INC.; ROADWAY LLC; YRC FREIGHT CANADA COMPANY; ROADWAY NEXT DAY CORPORATION; YRC INC.; USF BESTWAY INC.; YRC INTERNATIONAL INVESTMENTS, INC.; USF DUGAN INC.; YRC LOGISTICS INC.; USF HOLLAND INTERNATIONAL SALES CORPORATION; YRC LOGISTICS SERVICES, INC.; USF HOLLAND LLC; YRC MORTGAGES, LLC; USF REDSTAR LLC AND YRC REGIONAL TRANSPORTATION, INC. |  |
| Defendants. |  |
| ------------------------------------------------------------------- |  |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 511500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

## ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

AND NOW, upon consideration of the Plaintiffs' Motion For Leave to File Second Amended Complaint (the "Plaintiffs' Motion"), and the proposed Second Amended Complaint submitted in connection therewith; and the Court having determined that the relief sought is appropriate;

**IT IS HEREBY ORDERED THAT:**

1. The Plaintiffs' Motion is granted.

2. The Plaintiffs are authorized to file the Second Amended Complaint.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

**Dated: December 26th, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**