# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** | Chapter 11 |
| **YELLOW CORPORATION**, *et al[1]*. | Case No. 23-11069 (CTG) |
| | (Jointly Administered |
| **Debtors.** | Adversary Proceeding No. 23-50457 (CTG) |
| -----------------------------------------------------------x | |
| JEFF MOORE, ELIZABETH BROOKE MOORE, VIDAL TORRES, ARMANDO RIVERA, JOHN FRANKLIN, JR., NICOLE GONZALEZ, RICHARD WEBB, SCOTT WEBB, DARYL DEVINE, RICHIE RICHARDSON, PAUL ASHLEY, BRANDON WILSON, DUSTIN PAGE, KIMBERLY SULLIVAN, ANTONIO REYES, SPENCER SHOOK, JOSEPH DUGUAY, SHEILA WOOD, SHELDON KINNEY, DUSTIN KELL, CHRISTOPHER DOWDY, ALEXIS GREEN, GREGORY HALL, MIGUEL MARTINEZ, RHONDA DVORAK and RODNEY DAMM, JR. on behalf of themselves and all others similarly situated, | |
| **Plaintiffs,** | |
| v. | |
| YELLOW CORPORATION; USF REDDAWAY INC.; 1105481 ONTARIO INC.; YELLOW FREIGHT CORPORATION; EXPRESS LANE SERVICE, INC.; YELLOW LOGISTICS, INC.; NEW PENN MOTOR EXPRESS LLC; YRC ASSOCIATION SOLUTIONS, INC.; ROADWAY EXPRESS INTERNATIONAL, INC.; YRC ENTERPRISE SERVICES, INC.; ROADWAY LLC; YRC FREIGHT CANADA COMPANY; ROADWAY NEXT DAY CORPORATION; YRC INC.; USF BESTWAY INC.; YRC | |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 511500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**INTERNATIONAL INVESTMENTS, INC.; USF DUGAN INC.; YRC LOGISTICS INC.; USF HOLLAND INTERNATIONAL SALES CORPORATION; YRC LOGISTICS SERVICES, INC.; USF HOLLAND LLC; YRC MORTGAGES, LLC; USF REDSTAR LLC AND YRC REGIONAL TRANSPORTATION, INC.**

                        **Defendants**.

-----------------------------------------------------------------------

### PLAINTIFFS' NOTICE OF INTENT TO FILE REPLY IN SUPPORT OF AMENDED MOTION FOR CLASS CERTIFICATION

        This Court, on December 26, 2023, granted Plaintiffs' motion for leave to file their Second Amended Complaint (Doc. 23), which Plaintiffs filed on January 4, 2023. (Doc. 25). On the same day, Plaintiffs filed their amended class certification motion (the "Amended Class Certification Motion"), incorporating the Second Amended Complaint. As a result, the briefing on Plaintiffs' original motion for class certification is now moot. Plaintiffs intend to reply to any arguments in opposition to Plaintiffs' Amended Class Certification Motion pursuant to the parties' agreed briefing schedule (Doc. 17-1), as set forth below.

        Defendants' deadline to respond to the Amended Class Certification Motion shall be January 25, 2024 (twenty-one days from the filing of the Amended Class Certification Motion), and Plaintiffs' reply shall be due twenty-one days from the filing of Defendants' response to the Amended Class Certification Motion.

        Dated: January 8, 2024                        Respectfully submitted,

By: /s/     James E. Huggett
MARGOLIS EDELSTEIN
James E. Huggett (#3956)
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
Phone 302-888-1112
Fax 302-888-1119

LANKENAU & MILLER, LLP
Stuart J. Miller (SJM 4276)
100 Church Street, 8th FL
New York, NY 10007
P: (212) 581-5005
F: (212) 581-2122

THE GARDNER FIRM, P.C.
Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
The Gardner Firm, P.C.
182 St. Francis Street, Suite 103
Mobile, AL 36602
Telephone: (251) 433-8100
Facsimile: (251) 433-8181

RAISNER ROUPINIAN LLP
Jack A. Raisner
René S. Roupinian
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone: (212) 221-1747
Facsimile: (212) 221-1747
Email: rsr@raisnerroupinian.com
Email: jar@raisnerroupinian.com

*Attorneys for Plaintiffs and the Proposed Class*