```
                                                                    1

                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF DELAWARE


 IN RE:                              .  Chapter 11
                                     .  Case No. 23-11069 (CTG)
 YELLOW CORPORATION,                 .
 et al.,                             .  (Jointly Administered)
                                     .
         Debtors.                    .
 . . . . . . . . . . . . . . . . .
                                     .
 JEFF MOORE, ELIZABETH BROOKE        .  Adv. Proc. No. 23-50457 (CTG)
 MOORE, AND VIDAL TORRES, ON         .
 BEHALF OF THEMSELVES AND ALL        .
 OTHERS SIMILARLY SITUATED,          .
                                     .
         Plaintiffs,                 .
                                     .
    v.                               .  Courtroom No. 7
                                     .  824 North Market Street
 YELLOW CORPORATION, et al.,         .  Wilmington, Delaware 19801
                                     .
         Defendants.                 .  Monday, September 9, 2024
 . . . . . . . . . . . . . . . . .      11:00 a.m.

                        TRANSCRIPT OF HEARING
               BEFORE THE HONORABLE CRAIG T. GOLDBLATT
                    UNITED STATES BANKRUPTCY JUDGE

 APPEARANCES:

 For the Debtors:           Orla O'Callaghan, Esquire
                            KIRKLAND & ELLIS LLP
                            KIRKLAND & ELLIS INTERNATIONAL LLP
                            609 Main Street
                            Houston, Texas 77002

 Audio Operator:            Alyce Doody, ECRO

 Transcription Company:     Reliable
                            The Nemours Building
                            1007 N. Orange Street, Suite 110
                            Wilmington, Delaware 19801
                            Telephone: (302)654-8080
                            Email: gmatthews@reliable-co.com

 Proceedings recorded by electronic sound recording,
 transcript produced by transcription service.
```

1      THE COURT: All right. So, here is what I am
2 going to say, Ms. O'Callaghan, to the extent there are
3 payroll processing reports in July or August of 2023 that
4 reflect the payment of severance those should be produced but
5 not a processing report that doesn't.
6      MS. O'CALLAGHAN: Understood.
7      THE COURT: Ms. Olsen, what else, and its not to
8 encourage you to come up with something if there isn't
9 anything.
10     MS. OLSEN: I think that covers what we --
11     THE COURT: All right. So, let's do that.
12     MS. OLSEN: I'm sorry, there was one more thing.
13     THE COURT: Go ahead.
14     MS. OLSEN: Beyond the documents we had asked for
15 a continuation of Ms. Parker's deposition. We left with the
16 intention of coming back if we had questions about any
17 documents that were produced to us, but we would ask for
18 cooperation from the debtors and scheduling.
19     THE COURT: So, I am not going to rule on that.
20 Why don't the debtors produce the documents that I directed
21 and you can talk. And if you can agree that based on those
22 documents it makes sense to reopen then fine. If you agree
23 that based on those documents there's no need to reopen then
24 that is also fine. If you disagree you know where to find me.
25     MS. OLSEN: Thank you.

1            THE COURT:  Is the transcript of this going to
2 give you enough to proceed or do you need to settle an order?
3 What is the parties preference?
4            MS. O'CALLAGHAN:  I think the transcript should be
5 fine.
6            THE COURT:  Ms. Olsen, good enough for you?
7            MS. OLSEN:  I think so, Your Honor.
8            THE COURT:  Okay.  So, why don't I encourage you
9 to order the transcript. I think its pretty straightforward
10 but proceed that way and if there are disputes you should
11 just reach out and we will get on the phone and try to figure
12 it out.
13            MS. OLSEN:  Thank you very much.
14            MS. O'CALLAGHAN:  Thank you, Your Honor.
15            THE COURT:  Thanks to both of you.  With that we
16 are adjourned.  Thank you.
17       (Proceedings concluded at 11:51 a.m.)
18
19
20
21
22
23
24
25