**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re** | Chapter 11 |
| **YELLOW CORPORATION**, *et al*[1]. | Case No. 23-11069 (CTG) |
| | (Jointly Administered |
| **Debtors.** | Adversary Proceeding No. 23-50457 (CTG) |
| ------------------------------------------------------------x | |
| JEFF MOORE, ELIZABETH BROOKE MOORE, VIDAL TORRES, ARMANDO RIVERA, JOHN FRANKLIN, JR., NICOLE GONZALEZ, RICHARD WEBB, SCOTT WEBB, DARYL DEVINE, RICHIE RICHARDSON, PAUL ASHLEY, BRANDON WILSON, DUSTIN PAGE, KIMBERLY SULLIVAN, ANTONIO REYES, SPENCER SHOOK, JOSEPH DUGUAY, SHEILA WOOD, SHELDON KINNEY, DUSTIN KELL, CHRISTOPHER DOWDY, ALEXIS GREEN, GREGORY HALL, MIGUEL MARTINEZ, RHONDA DVORAK and RODNEY DAMM, JR. on behalf of themselves and all others similarly situated, | |
| **Plaintiffs,** | |
| v. | |
| YELLOW CORPORATION; USF REDDAWAY INC.; 1105481 ONTARIO INC.; YELLOW FREIGHT CORPORATION; EXPRESS LANE SERVICE, INC.; YELLOW LOGISTICS, INC.; NEW PENN MOTOR EXPRESS LLC; YRC ASSOCIATION SOLUTIONS, INC.; ROADWAY EXPRESS INTERNATIONAL, INC.; YRC ENTERPRISE SERVICES, INC.; ROADWAY LLC; YRC FREIGHT CANADA COMPANY; | |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 511500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**ROADWAY NEXT DAY CORPORATION; YRC INC.; USF BESTWAY INC.; YRC INTERNATIONAL INVESTMENTS, INC.; USF DUGAN INC.; YRC LOGISTICS INC.; USF HOLLAND INTERNATIONAL SALES CORPORATION; YRC LOGISTICS SERVICES, INC.; USF HOLLAND LLC; YRC MORTGAGES, LLC; USF REDSTAR LLC AND YRC REGIONAL TRANSPORTATION, INC.**

          **Defendants**.

---------------------------------------------------------------------

## MOORE PLAINTIFFS' MOTION IN LIMINE GOVERNING HOW QUESTIONS CONCERNING MONETARY RELIEF SHALL BE TREATED AT TRIAL

Plaintiffs hereby respectfully move in limine for an order governing how questions concerning monetary relief be treated at the upcoming trial. Plaintiffs request an order which provides that the calculation of specific monetary relief be determined by stipulation or by the Court, following entry of a judgment on liability. As grounds for the motion, Plaintiffs state as follows:

Under the WARN Act and state law equivalents, the calculation of monetary relief for successful claimants is largely a matter of mathematics. It involves finding each affected employee's applicable pay rate and determining the appropriate amount of pay for the days of violation. *See* 29 U.S.C. § 2104. It also involves finding the relevant benefits under employee benefit plans. *Id*.

Since this is a case brought on behalf of thousands of class members, it will be more efficient for the parties to stipulate to the monetary relief post-trial, once liability has been determined, rather than requiring the calculations be performed and presented at trial. If no stipulation can be reached, the amount can be determined by a limited post-trial proceeding before the Court.

Dated: January 6, 2025
Wilmington, Delaware

                                                          Respectfully,

By: /s/ ___Mary E. Olsen_____
**THE GARDNER FIRM, P.C.**
Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
The Gardner Firm, P.C.
182 St. Francis Street, Suite 103
Mobile, AL 36602
P: (251) 433-8100
F: (251) 433-8181
molsen@thegardnerfirm.com


**MARGOLIS EDELSTEIN**
James E. Huggett (#3956)
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
Phone 302-888-1112
Fax 302-888-1119

-and-

**RAISNER ROUPINIAN LLP**
René S. Roupinian, Esq.
Jack A. Raisner, Esq.
270 Madison Avenue, Suite 1801
New York, NY 10016
Telephone: (212) 221-1747
Email: jar@raisnerroupinian.com
Email: rsr@raisnerroupinian.com

-and-

**LANKENAU & MILLER, LLP**
Stuart J. Miller
Johnathan Miller
100 Church Street
8th Floor
New York, NY 10007
(212)581-5005
stuart@lankmill.com
jon@lankmill.com

4

Counsel for Plaintiffs and the Class

4