**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| JEFF MOORE, ELIZABETH BROOKE MOORE, and VIDAL TORRES on behalf of themselves and all others similarly situated, | Adv. Pro. No. 23-50457 (CTG) |
| Plaintiffs,<br>v. | **Ref. Docket No. 216** |
| YELLOW CORPORATION, *et al.*, | |
| Defendants. | |
| WILLIAM G. COUGHLEN, *et al.*, | Adv. Pro. No. 23-50761 (CTG) |
| Plaintiffs,<br>v. | |
| YELLOW CORPORATION, *et al.*, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, JANICE LIVINGSTONE, hereby certify that:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with
    their principal office located at 777 Third Avenue, New York, New York 10017. I am over
    the age of eighteen years and am not a party to the above-captioned action.

---

[1]A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

2.  On January 21, 2025, I caused to be served the "Second Amended Notice of Agenda for Hearing Scheduled on January 21, 2025 at 9:30 a.m. (Prevailing Eastern Time) Before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801," dated January 21, 2025 [Docket No. 216], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Janice Livingstone*
Janice Livingstone

**EXHIBIT A**

Yellow Corporation, *et al.,* Case No. 23-11069 (CTG)

Electronic Mail Counsel Service List

| NAME | LAW FIRM | EMAIL ADDRESS |
|---|---|---|
| JAMES E HUGGETT | MARGOLIS EDELSTEIN | JHUGGETT@MARGOLISEDELSTEIN.COM |
| MARY E OLSEN | THE GARDNER FIRM | MOLSEN@THEGARDNERFIRM.COM |
| M VANCE MCCRARY | THE GARDNER FIRM | VMCCRARY@THEGARDNERFIRM.COM |
| RENE S ROUPINIAN | RAISNER ROUPINIAN | RSR@RAISNERROUPINIAN.COM |
| JACK A RAISNER | RAISNER ROUPINIAN | JAR@RAISNERROUPINIAN.COM |
| STUART MILLER | LANKENAU & MILLER | STUART@LANKMILL.COM |
| JOHNATHAN MILLER | LANKENAU & MILLER | JON@LANKMILL.COM |