# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| JEFF MOORE, ELIZABETH BROOKE MOORE, and VIDAL TORRES on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | Adv. Pro. No. 23-50457 (CTG) |
| v. | |
| YELLOW CORPORATION, et al., | |
| Defendants. | |
| WILLIAM G. COUGHLEN, et al., | |
| Plaintiffs, | Adv. Pro. No. 23-50761 (CTG) |
| v. | |
| YELLOW CORPORATION, et al., | |
| Defendants. | |

## MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with this Court's July 1, 2024 orders assigning the above-captioned adversary proceedings to mediation, the undersigned mediator reports that the mediation was completed and resolved in the following manner:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

(a) The following individuals were present for part or all of the mediation sessions and/or follow-up conversations:

    (1) For the Debtors:

        Allyson B. Smith, Esq., Kirkland & Ellis LLP
        Michael P. Esser, Esq., Kirkland & Ellis LLP
        Michael K. Sciaccotta, Esq., Kirkland & Ellis LLP
        Neha Nigam, Esq., Kirkland & Ellis LLP
        Orla O'Callaghan, Esq., Kirkland & Ellis LLP

    (2) For the Committee of Unsecured Creditors:

        Christopher J. Gessner, Esq., Akin Gump Strauss Hauer & Feld LLP
        Kevin Zuzolo, Esq., Akin Gump Strauss Hauer & Feld LLP
        Meredith A. Lahaie, Akin Gump Strauss Hauer & Feld LLP

    (3) For the Coughlen Plaintiffs:

        Brya M. Keilson, Esq., Morris James LLP
        Cortlan S. Hitch, Esq., Morris James LLP
        Eric J. Monzo, Esq., Morris James LLP
        Philip C. Hearn, Esq., Hearn Law Firm PLLC
        Tara C. Pakrouh, Esq., Morris James LLP

    (4) For the Moore Plaintiffs:

        Jack A. Raisner, Esq., Raisner Roupinian LLP
        Mary Olsen, Esq. The Gardner Firm PC
        Rene S. Roupinian, Esq., Raisner Roupinian LLP
        Stuart J. Miller, Esq., Lankenau & Miller LLP

    (5) For International Brotherhood of Teamsters ("IBT") and International Association of Machinists and Aerospace Workers ("IAM"):

        Craig Hughes, Director Automotive, IAM
        Davud Suetholz, General Counsel, IBT
        Emma M. Woods, Esq., Previant Law Firm SC
        Yingtao Ho, Esq., Previant Law Firm SC

(b) No parties failed to appear and/or participate as ordered.

(c) The matter has been partially resolved in principle. The claims of the Moore Plaintiffs and the Coughlin Plaintiffs have been resolved in principle. Counsel

to the Debtors, the Moore Plaintiffs, and the Coughlen Plaintiffs have been instructed to file an appropriate motion and proposed order regarding the resolution of their claims in accordance with the settlement negotiated between the parties. The claims of the IBT and IAM have not been resolved and those parties have proceeded to trial with the Debtors.

Dated: January 29, 2025

By: */s/ Mark S. Indelicato*
Mark S. Indelicato
**THOMPSON COBURN LLC**
488 Madison Avenue
New York, New York 10022
Tel: (212) 478-7200
Fax: (212) 478-7400
mindelicato@thompsoncoburn.com

cc:
*Counsel for the Debtors*

Laura Davis Jones (ljones@pszjlaw.com)
Timothy P. Cairns (tcairns@pszjlaw.com)
Peter J. Keane (pkeane@pszjlaw.com)
Edward Corma (ecorma@pszjlaw.com)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705

Patrick J. Nash (patrick.nash@kirkland.com)
David R. Seligman (david.seligman@kirkland.com)
Michael P. Esser (michael.esser@kirkland.com)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654

Allyson B. Smith (allyson.smith@kirkland.com)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022

*Counsel for The International Brotherhood of Teamsters, Teamsters National Freight Industry Negotiating Committee, its affiliated local unions, and their respective bargaining*

Susan E. Kaufman (skaufman@skaufmanlaw.com)
**LAW OFFICE OF SUSAN E. KAUFMAN, LLC**
919 North Market Street, Suite 460
Wilmington, DE 19801

| | |
|---|---|
| *members, and The International Association of Machinists and Aerospace Workers, and its affiliated district lodges* | Yingtao Ho (yh@previant.com)<br>Emma M. Woods (emw@previant.com)<br>**THE PREVIANT LAW FIRM, S.C.**<br>310 W. Wisconsin Ave, Suite 100MW<br>Milwaukee, Wisconsin 53203 |
| *Counsel to Coughlen Plaintiffs* | Eric J. Monzo (emonzo@morrisjames.com)<br>Brya M. Keilson (bkeilson@morrisjames.com)<br>Tara C. Pakrouh (TPakrouh@morrisjames.com)<br>Ryan E. Carreon (RCarreon@morrisjames.com)<br>**MORRIS JAMES LLP**<br>500 Delaware Ave., Suite 1500<br>Wilmington, DE 19801<br><br>Philip C. Hearn, Esq. (philiphearn@yahoo.com; Cass.hearnlaw@gmail.com)<br>**HEARN LAW FIRM, PLLC**<br>Post Office Box 5009<br>Jackson, Mississippi 39296 |
| *Counsel to Moore Plaintiffs* | James E. Huggett (jhuggett@margolisedelstein.com)<br>**MARGOLIS EDELSTEIN**<br>300 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br><br>Mary E. Olsen (molsen@thegardnerfirm.com)<br>M. Vance McCrary (vmccrary@thegardnerfirm.com)<br>**THE GARDNER FIRM, P.C.**<br>182 St. Francis Street, Suite 103<br>Mobile, AL 36602<br><br>René S. Roupinian (rsr@raisnerroupinian.com)<br>Jack A. Raisner (jar@raisnerroupinian.com)<br>**RAISNER ROUPINIAN LLP**<br>270 Madison Avenue, Suite 1801<br>New York, NY 10016<br><br>Stuart J. Miller (stuart@lankmill.com)<br>Johnathan Miller (jon@lankmill.com)<br>**LANKENAU & MILLER, LLP**<br>100 Church St., 8th Floor<br>New York, NY 10007 |
| *Counsel to the Official Committee of Unsecured Creditors* | Jennifer R. Hoover (jhoover@beneschlaw.com)<br>Kevin M. Capuzzi (kcapuzzi@beneschlaw.com)<br>John C. Gentile (jgentile@beneschlaw.com)<br>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801 |

Philip C. Dublin (pdublin@akingump.com)
Meredith A. Lahaie (mlahaie@akingump.com)
Kevin Zuzolo (kzuzolo@akingump.com)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036