## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 1639, 4519, 4709, 4726, 4727, 4728, 4729, 4731, 4732, 4742, 4744, & 4775** |

<u>**CERTIFICATE OF SERVICE**</u>

I, AMY HENAULT, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 7, 2024, I caused to be served a *customized* "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated November 7, 2024, *related to Docket Nos. 1639, 4519, 4709, 4726, 4727, 4728, 4729, 4731, 4732, 4742, 4744, & 4775,* a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Amy Henault*
Amy Henault

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



YRC TRFNTC (MERGE2, TXNUM2) 4000030701

To:     BAR(23) MAILID *** 000229384826 ***



AARD PEST CONTROL INC
6019 212TH ST SW
LYNNWOOD, WA 98036

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, et al.,<br><br>    Debtors. | Chapter 11<br><br>Case No. 23-11069 <CTG><br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000229384826 ***        YRC TRFNTC (MERGE2, TXNUM2) 4000030701



AARD PEST CONTROL INC
6019 212TH ST SW
LYNNWOOD, WA 98036

Please note that your schedule in the above referenced case and in the amount of
$1,641.90 has been transferred (unless previously expunged by court order)

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: AARD PEST CONTROL INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    4726    in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  11/07/2024        Una O'Boyle, Clerk of Court

        /s/ Amy Henault

        Epiq Corporate Restructuring, LLC

        as claims agent for the debtor(s).

FOR EBS USE ONLY:  This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 7, 2024.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AARD PEST CONTROL INC | 6019 212TH ST SW, LYNNWOOD, WA 98036 |
| ACCURATE TRANSPORTATION, INC. | ACCURATE TRANSPORTATION, INC., 2150 CLOVERLEAF ST EAST, COLUMBUS, OH 43232 |
| AFCO CREDIT CORPORATION | C/O REED SMITH LLP, ATTN JASON D ANGELO, ESQ, 1201 N MARKET ST, STE 1500, WILMINGTON, DE 19801 |
| AFCO CREDIT CORPORATION | ATTN MARC R MILANO, SR VP - GEN COUNSEL, 505 W 33RD ST, 69TH FL, NEW YORK, NY 10001 |
| ARGO PARTNERS | TRANSFEROR: SMITH SYSTEM DRIVER IMPROVEM, 12 WEST 37TH ST, STE 900, NEW YORK, NY 10018 |
| CLIMATE EXPRESS, INC. | P O BOX 1065, UNION, MO 63084 |
| CROSSROADS CARRIERS, LLC | OR TAB BANK, PO BOX 150830, OGDEN, UT 84415 |
| DIAMOND FAMILY INVESTMENTS, LLC | TRANSFEROR: AFCO CREDIT CORPORATION, ATTN: IRV SCHLUSSEL, 16690 COLLINS AVE, #1103, SUNNY ISLES BEACH, FL 33160 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: AARD PEST CONTROL INC, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: ACCURATE TRANSPORTATION, INC, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: CLIMATE EXPRESS, INC., ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: CROSSROADS CARRIERS, LLC, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: ERIVES ENTERPRISES INC, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: BOHREN LOGISTICS, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: INFINITY LINE LLC, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: HILLNER INDUSTRIAL MAINT CO, PREBLE AVE, PO BOX 237037, NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: RUMA TRANSPORT LLC, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: SUBURBAN ASPHALT, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: NATIONWIDE JANITORIAL SERVIC, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: LIFT PRO EQUIPMENT CO., INC., ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: PHOENIX ELECTRIC COMPANY LLC, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: SWEETWATER PLUMBING INDUSTRI, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: SONIC TRANSPORTATION SYSTEMS, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR TEDS TRUCK BODY & TRAILER SVC, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: EXPRESS TRAILER REPAIR, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: FLETCHER TRANSPORT INC, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: HOJ FORKLIFT SYSTEMS, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: KZ EXPRESS INC, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: PHOENIX ELECTRIC COMPANY LLC, ANSONIA FINANCE STATION, PO BOX |

| Claim Name | Address Information |
|---|---|
| FAIR HARBOR CAPITAL, LLC | 237037, NEW YORK, NY 10023 |
| FLETCHER TRANSPORT INC | 2875 SYCAMORE RD, QUINCY, FL 32351 |
| FLETCHER TRANSPORT INC | C/O PAM BATES, 301 COMMERCE, STE 1000, FORT WORTH, TX 76102 |
| HOJ FORKLIFT SYSTEMS | P.O. BOX 271123, SALT LAKE CITY, UT 84127 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: FAIR HARBOR CAPITAL, LLC, 520 MADISON AVE. THIRD FLOOR, NEW YORK,, NY 10022 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: FAIR HARBOR CAPITAL, LLC, 520 MADISON AVE. THIRD FLOOR, NEW YORK,, NY 10022 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: FAIR HARBOR CAPITAL, LLC, 520 MADISON AVE. THIRD FLOOR, NEW YORK,, NY 10022 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: FAIR HARBOR CAPITAL, LLC, 520 MADISON AVE. THIRD FLOOR, NEW YORK,, NY 10022 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: FAIR HARBOR CAPITAL, LLC, 520 MADISON AVE. THIRD FLOOR, NEW YORK,, NY 10022 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: FAIR HARBOR CAPITAL, LLC, 520 MADISON AVE. THIRD FLOOR, NEW YORK,, NY 10022 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: FAIR HARBOR CAPITAL, LLC, 520 MADISON AVE. THIRD FLOOR, NEW YORK,, NY 10022 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: FAIR HARBOR CAPITAL, LLC, 520 MADISON AVE. THIRD FLOOR, NEW YORK,, NY 10022 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: FAIR HARBOR CAPITAL, LLC, 520 MADISON AVE. THIRD FLOOR, NEW YORK,, NY 10022 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: FAIR HARBOR CAPITAL, LLC, 520 MADISON AVE. THIRD FLOOR, NEW YORK,, NY 10022 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: FAIR HARBOR CAPITAL, LLC, 520 MADISON AVE. THIRD FLOOR, NEW YORK,, NY 10022 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: FAIR HARBOR CAPITAL, LLC, 520 MADISON AVE. THIRD FLOOR, NEW YORK,, NY 10022 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: NEPTUNE TANZANITE LLC, 520 MADISON AVE. THIRD FLOOR, NEW YORK,, NY 10022 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: NEPTUNE TANZANITE LLC, 520 MADISON AVE. THIRD FLOOR, NEW YORK, NY 10022 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: NEPTUNE TANZANITE LLC, 520 MADISON AVE. THIRD FLOOR, NEW YORK, NY 10022 |
| KZ EXPRESS INC | 672 BANBURY WAY, BOLINGBROOK, IL 60440 |
| NEPTUNE TANZANITE LLC | TRANSFEROR: PEAPACK CAPITAL CORPORATION, C/O CROWELL & MORING LLP, 389 9TH AVE, 44TH FL, NEW YORK, NY 10001 |
| NEPTUNE TANZANITE LLC | TRANSFEROR: PEAPACK CAPITAL CORPORATION, C/O CROWELL & MORING LLP, 389 9TH AVE, 44TH FL, NEW YORK, NY 10001 |
| NEPTUNE TANZANITE LLC | TRANSFEROR: PEAPACK CAPITAL CORPORATION, C/O CROWELL & MORING LLP, 389 9TH AVE, 44TH FL, NEW YORK, NY 10001 |
| PHOENIX ELECTRIC COMPANY LLC | PO BOX 14037, PORTLAND, OR 97293 |
| SMITH SYSTEM DRIVER IMPROVEMENT | INSTITUTE, INC., PO BOX 64495, BALTIMORE, MD 21264 |

**Total Creditor Count 54**

YELLOW CORPORATION, *et al.* Case No. 23-11069 (CTG)
First Class Mail Counsel Service List

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
300 NORTH LASALLE
CHICAGO, IL 60654