**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, et al.,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-11069 (CTG) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Pursuant to Federal Rule of Bankruptcy Procedure 9010, the undersigned attorney hereby serves this Notice of Appearance on behalf of the Commonwealth of Pennsylvania, Department of Environmental Protection, in the above-captioned case. Pursuant to Bankruptcy Rules 2002, 3017 and 9010, the undersigned attorney hereby requests service of all notices, motions, applications, orders, pleadings, reports, plans and disclosure statements filed or served in the above-captioned case. Service may be made and directed as follows:

> Brian L. Greenert
> Assistant Counsel
> PA I.D. No. 321210
>
> Office of Chief Counsel
> 400 Waterfront Drive
> Pittsburgh, PA  15222-4739
> Telephone: 412-442-4262
> Email: bgreenert@pa.gov

The Clerk is requested to add the attorney listed below to the mailing matrix and the mailing list for the above-mentioned case.

2

                    Respectfully submitted,

                    */s/ Brian L. Greenert*
                    Brian L. Greenert
                    Assistant Counsel
                    PA ID No. 321210
                    Southwest Office of Chief Counsel
                    Commonwealth of Pennsylvania,
                    Department of Environmental Protection
                    400 Waterfront Drive
                    Pittsburgh, PA  15222-4745
                    412-442-4262
Date:  November 12, 2024          bgreenert@pa.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the forgoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on November 12, 2024.

                    */s/ Brian L. Greenert*
                    Brian L. Greenert
                    Assistant Counsel
                    PA ID No. 321210
                    Southwest Office of Chief Counsel

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 23-11069 (CTG) |
| YELLOW CORPORATION, et al., | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
|  | ) |  |

## GOVERNMENT ATTORNEY CERTIFICATION

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the Commonwealth of Pennsylvania, Department of Environmental Protection, by and through the Office of Chief Counsel, in this action: I am admitted to practice law in the Commonwealth of Pennsylvania and U.S. District Court for the Western District Pennsylvania. I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court – District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

**FOR THE COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION:**

*/s/  Brian L. Greenert*
Brian L. Greenert
Assistant Counsel
PA ID No. 321210
Southwest Office of Chief Counsel
400 Waterfront Drive
Pittsburgh, PA  15222-4745
412-442-4262

Date: November 12, 2024         bgreenert@pa.gov