IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |

**Ref. D.I. \_\_\_**

**[PROPOSED] ORDER GRANTING MOTION OF THE PENSION BENEFIT GUARANTY CORPORATION FOR ALLOWANCE AND PAYMENT OF PREMIUMS AS ADMINISTRATIVE EXPENSE**

Upon Consideration of the *Motion of the Pension Benefit Guaranty Corporation for Allowance and Payment of Premiums as an Administrative Expense* (the "Motion") for (a) entry of an order determining that Debtors' premium obligations are an administrative expense and directing the Debtors to make payment when appropriate; and proper notice having been given; and a hearing having been held before this court on January 21, 2025 to consider the Motion and the relief requested therein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Pension Benefit Guaranty Corporation shall have an allowed administrative expense claim in the amount of $1,702,474.67.

3. The Debtors shall pay the allowed administrative expense claim within ten calendar days of entry of this Order.

4. This Order shall be binding upon, (i) any liquidating trustee, plan administrator, distribution agent and/or any other person appointed pursuant to any chapter 11 plan confirmed

2

in these cases; (ii) any chapter 11 trustee appointed in these cases; and/or (iii) any chapter 7 trustee appointed or elected in these cases.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: January [], 2025
       Wilmington, Delaware

_____
CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE